AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Apt. 319
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06-519-M-01

TO: __Daniel Straub__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Daniel Straub__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2400 16th Street, N.W.
Apt. 319
Washington, D.C.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____January 7, 2007____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

____DEC 28 2006____                                at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                             _/s/ John M. Facciola_
Name and Title of Judicial Officer                Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12-28-2006 | DATE AND TIME WARRANT EXECUTED<br>12-29-2006 @ 3:10 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>INSIDE SECURED APARTMENT |

INVENTORY MADE IN THE PRESENCE OF  SERGEANT JAMES MANNING, MPD

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

DRIVER'S LICENSES, TAX RECORDS, U.S. PASSPORT, FINANCIAL STATEMENTS, BUSINESS RECORDS, KEYS, TRAVEL DOCUMENTS, ADHESIVE LABELS, BLUE PLASTIC BAGS, BIRTH CERTIFICATES, PHONE LOGS, SILVER-COLORED ATTACHE CASE WITH DOCUMENTS, PHONE BILLS, TWO CHECKS, ENVELOPES, COLOR LASERJET 2550L PRINTER, MEMORY CARDS, CALENDAR.
★━━━━━━━━━━ ☆ NOTHING FOLLOWS ★━━━━━━━━━━

**FILED**
JAN 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Daniel J. Strauss_

Subscribed, sworn to, and returned before me this date.

_[signature]_  1/10/07
U.S. Judge or U.S. Magistrate Judge   Date